

FILED
MAY - 9 2005
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
) Case No. 92-33731DM
Blue Dolphin Computers, Inc. )
) Chapter 7
)
Debtor ) ORDER TO PAY UNCLAIMED FUNDS
)

It appearing that the check(s) made payable to James K. Barger in the total amount of $946.74 was not cashed within the 90 day limit and an unclaimed money report was entered on April 15, 1998 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that James K. Barger is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $946.74 to the order of James K. Barger 17023 Cross Springs Drive, Houston, TX 77095.

Dated _____

_____
UNITED STATES BANKRUPTCY JUDGE